| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FRANK MORRIS GOODMAN and §
MISTY SONNIER, Individually and as §
Personal Representatives of the Estate of §
Judy Goodman, §
§
      Plaintiffs, §
§
*versus* §     CIVIL ACTION NO. 1:09-CV-265
§
ETHEX CORPORATION and KV §
PHARMACEUTICAL COMPANY, §
§
      Defendants. §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulated Motion for Dismissal With Prejudice (#13), filed August 31, 2009, the above-styled action is dismissed with prejudice.

SIGNED at Beaumont, Texas, this 1st day of September, 2009.

                                      MARCIA A. CRONE
                                UNITED STATES DISTRICT JUDGE